# STATE OF MICHIGAN

## IN THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

ELEANOR BUTTS,

        Plaintiff,

-vs-

        Case No. 2:08-CV-10061
        HON. PATRICK J. DUGGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

---

Joseph Dedvukaj, P51335
The Joseph Dedvukaj Firm, PC
Attorney for Plaintiff
26555 Evergreen Road, Suite 1505
Southfield, MI 48076
(248) 352-2110

Brian D. Wright, P36862
James C. Rabaut & Associates
Attorney for Defendant
2000 Town Center, Suite 700
Southfield, MI 48075
(248) 945-3815

---

## STIPULATION FOR ENTRY OF ORDER FOR DISMISSAL WITH PREJUDICE

It is stipulated by all parties, by and through their respective counsel, to entry of

an Order dismissing the above-entitled cause with prejudice and without costs.


BY:  S/ Joseph Dedvukay        BY:  S/ Brian D. Wright
     Joseph Dedvukaj, P51335         Brian D. Wright, P36862
     Attorney for Plaintiff            Attorney for Defendant

**STATE OF MICHIGAN**

**IN THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION**

ELEANOR BUTTS,

    Plaintiff,

               Case No. 2:08-CV-10061
-vs-              HON. PATRICK J. DUGGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**

At a session of Federal District Court for the Eastern District of Michigan, Southern
Division, located in the City of Detroit,
County of WAYNE, State of MI, on: October 31, 2008.

PRESENT: HON.: PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

   Pursuant to a stipulation by and between the parties, and the Court being fully

advised in the premises:

   IT IS ORDERED that the above-entitled cause of action be, and the same is,

dismissed with prejudice and without cost to any of the parties.

   This Order resolves the last pending claim and closes this case.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 31, 2008 October 31, 2008

I hereby certify that a copy of the foregoing document was
served upon counsel of record on October 31, 2008October 31,
2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager